

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2015

No. 04-15-00688-CV

**IN THE ESTATE OF CARLOS AGUILAR, DECEASED**,

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2012-PB4-000048 L2
Honorable Jesus Garza, Judge Presiding

## O R D E R

The reporter's record was due to be filed in this appeal on November 30, 2015. On December 7, 2015, this court notified the court reporter that the reporter's record was late. The court reporter responded to our notice by stating that the reporter's record has not been filed because: (1) appellant has failed to pay or make arrangements to pay the reporter's fee for preparing the record and appellant is not entitled to appeal without paying the fee; and (2) appellant has failed to request the record in writing.

It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that: (A) appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included, *see* TEX. R. APP. P. 34.6(b)(1); and (B) either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of the clerk's record is filed, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court